UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-61373-CIV-MORENO

HERMAN TYWION WILLIAMS,

    Plaintiff,

vs.

WALTER A. MCNEIL,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING PETITION FOR WRIT OF HABEAS CORPUS

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report and Recommendation on the petition for writ of habeas corpus **(D.E. No. 1)**, filed on August 31, 2009. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 29)** on **July 20, 2010**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that no objections to the Magistrate Judge's Report and Recommendation have been filed, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 29)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    The Petitioner's petition for writ of habeas corpus is DENIED.

(2)    This case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of August, 2010.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record